| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Marino Luongo Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9398<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elizabeth L. Luongo<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5921<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of New Jersey | | |
| Case number:  14–35332–MBK | | |

## Order of Discharge                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Marino Luongo Jr.　　　　　　　　　　Elizabeth L. Luongo
    aka Reno Luongo　　　　　　　　　　　aka Liz Luongo

    <u>4/30/20</u>　　　　　　　　　　　　　　　**By the court:** <u>Michael B. Kaplan</u>
    　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

```
                         United States Bankruptcy Court
                               District of New Jersey

In re:                                                          Case No. 14-35332-MBK
Marino Luongo, Jr.                                              Chapter 13
Elizabeth L. Luongo
       Debtors
                             CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                   Date Rcvd: Apr 30, 2020
                              Form ID: 3180W              Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 02, 2020.
db             +Marino Luongo, Jr.,    40 Oak Street,    Beachwood, NJ 08722-3651
jdb            #+Elizabeth L. Luongo,    40 Oak Street,    Beachwood, NJ 08722-3651
cr             +United Teletech Financial Federal Credit Union,    McKenna, DuPont, Higgins & Stone,
                 PO Box 610,    229 Broad Street,    Red Bank, NJ 07701-2009
515233501     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: A H F C,     201 Little Falls Dr,    Wilmington, DE  19808)
515233502      +Aes/pnc Natl City,    Po Box 61047,    Harrisburg, PA 17106-1047
515429067      +Bayview Loan Servicing, LLC,     M&T BANK,    PO Box 840,    Buffalo, NY 14240-0840
515233505      +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
515436238     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LLC,      Resurgent Capital Services,
                 PO Box 10390,    Greenville, SC 29603-0390)
515258400      +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515233516      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
515233521      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
515257886      +TD BANK USA, N.A.,     C O WEINSTEIN, PINSON, AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
515233532      +United Teletech Fin Fc,    205 Hance Ave,    Tinton Falls, NJ 07724-2764
515233531      +United Teletech Fin ancial,    205 Hance Ave,    Tinton Falls, NJ 07724-2764

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2020 23:21:45      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2020 23:21:43       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515259861       EDI: HNDA.COM May 01 2020 02:43:00      American Honda Finance Corporation,
                 National Bankruptcy Center,     P.O. Box 168088,    Irving, TX 75016-8088,    866-716-6441
515233503      +EDI: AMEREXPR.COM May 01 2020 02:43:00      American Express,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
515233504      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 30 2020 23:22:08
                 Bayview Loan Servicing,    4425 Ponce De Leon Blvd., 5th Floor,     Coral Gables, FL 33146-1873
517912270      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 30 2020 23:22:08
                 Bayview Loan Servicing, LLC,     4425 Ponce de Leon Blvd.,    5th Floor,    Coral Gables, FL 33146,
                 Bayview Loan Servicing, LLC,     4425 Ponce de Leon Blvd. 33146-1873
515233506       EDI: CAPITALONE.COM May 01 2020 02:43:00      Capital One,    Po Box 85520,    Richmond, VA  23285
515233507      +EDI: CAPITALONE.COM May 01 2020 02:43:00      Capital One,    Pob 30281,
                 Salt Lake City, UT 84130-0281
515308632       EDI: CAPITALONE.COM May 01 2020 02:43:00      Capital One Bank (USA), N.A.,     PO Box 71083,
                 Charlotte, NC  28272-1083
515343791       EDI: BL-BECKET.COM May 01 2020 02:43:00      Capital One, N.A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515414127      +EDI: BASSASSOC.COM May 01 2020 02:43:00      Cavalry SPV I, LLC,    c/o Bass & Associates, P.C.,
                 3936 E Ft. Lowell Road Suite #200,     Tucson, AZ 85712-1083
515233510      +EDI: WFNNB.COM May 01 2020 02:43:00      Comenity Bank/nwyrk&co,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
515233511      +EDI: WFNNB.COM May 01 2020 02:43:00      Comenity Bank/pier 1,    4590 E Broad St,
                 Columbus, OH 43213-1301
515233512      +EDI: WFNNB.COM May 01 2020 02:43:00      Comenity Bank/vctrssec,    Po Box 182789,
                 Columbus, OH 43218-2789
515233513      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 30 2020 23:26:35       Credit One Bank Na,
                 Po Box 98875,    Las Vegas, NV 89193-8875
515233533       E-mail/PDF: DellBKNotifications@resurgent.com Apr 30 2020 23:26:39       Webbank/dfs,
                 1 Dell Way,    Round Rock, TX  78682
515233514       EDI: DISCOVER.COM May 01 2020 02:43:00      Discoverbank,    Pob 15316,    Wilmington, DE  19850
515233515      +EDI: TSYS2.COM May 01 2020 02:43:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515233517      +EDI: AMINFOFP.COM May 01 2020 02:43:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
515233518      +EDI: FORD.COM May 01 2020 02:43:00      Ford Motor Credit,    Po Box Box 542000,
                 Omaha, NE 68154-8000
515323775       EDI: JEFFERSONCAP.COM May 01 2020 02:43:00      Jefferson Capital Systems LLC,     Po Box 7999,
                 Saint Cloud Mn 56302-9617
515233509       EDI: JPMORGANCHASE May 01 2020 02:43:00      Chase,    3415 Vision Drive,    Columubs, OH  43219
515233508       EDI: JPMORGANCHASE May 01 2020 02:43:00      Chase,    Po Box 15298,    Wilmington, DE  19850
515233519      +E-mail/Text: bncnotices@becket-lee.com Apr 30 2020 23:21:00      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
515436239       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 23:26:45
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515233520      +E-mail/Text: bnc@nordstrom.com Apr 30 2020 23:21:06      Nordstrom Fsb,    Po Box 6555,
                 Englewood, CO 80155-6555
```

```
District/off: 0312-3          User: admin              Page 2 of 3                Date Rcvd: Apr 30, 2020
                              Form ID: 3180W           Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
515448222         EDI: PRA.COM May 01 2020 02:43:00      Portfolio Recovery Associates, LLC,
                   c/o Amazon.com Store Card,    POB 41067,    Norfolk VA 23541
515448307         EDI: PRA.COM May 01 2020 02:43:00      Portfolio Recovery Associates, LLC,    c/o Best Buy,
                   POB 41067,    Norfolk VA 23541
515448190         EDI: PRA.COM May 01 2020 02:43:00      Portfolio Recovery Associates, LLC,
                   c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
515446267         EDI: PRA.COM May 01 2020 02:43:00      Portfolio Recovery Associates, LLC,    c/o Nordstrom FSB,
                   POB 41067,    Norfolk VA 23541
515448252         EDI: PRA.COM May 01 2020 02:43:00      Portfolio Recovery Associates, LLC,    c/o Toys,
                   POB 41067,    Norfolk VA 23541
515448203         EDI: PRA.COM May 01 2020 02:43:00      Portfolio Recovery Associates, LLC,
                   c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
515298388        +EDI: JEFFERSONCAP.COM May 01 2020 02:43:00      Premier Bankcard, Llc.,
                   c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
518134989         E-mail/Text: jennifer.chacon@spservicing.com Apr 30 2020 23:22:24
                   Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
518134990         E-mail/Text: jennifer.chacon@spservicing.com Apr 30 2020 23:22:24
                   Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250,
                   Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
515233522        +EDI: RMSC.COM May 01 2020 02:43:00      Syncb/amazon,    Po Box 965015,    Orlando, FL 32896-5015
515233523        +EDI: RMSC.COM May 01 2020 02:43:00      Syncb/amer Eagle,    Po Box 965005,
                   Orlando, FL 32896-5005
515233524        +EDI: RMSC.COM May 01 2020 02:43:00      Syncb/belk,    Po Box 965028,    Orlando, FL 32896-5028
515233525        +EDI: RMSC.COM May 01 2020 02:43:00      Syncb/carcare One,    Po Box 965036,
                   Orlando, FL 32896-5036
515233526        +EDI: RMSC.COM May 01 2020 02:43:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
515233527        +EDI: RMSC.COM May 01 2020 02:43:00      Syncb/toysrus,    Po Box 965005,    Orlando, FL 32896-5005
515233528        +EDI: RMSC.COM May 01 2020 02:43:00      Syncb/walmart,    Po Box 965024,    Orlando, FL 32896-5024
515233529        +EDI: WTRRNBANK.COM May 01 2020 02:43:00      Target N.b.,    Po Box 673,
                   Minneapolis, MN 55440-0673
515233530        +EDI: WTRRNBANK.COM May 01 2020 02:43:00      Td Bank Usa/targetcred,    Po Box 673,
                   Minneapolis, MN 55440-0673
515233534        +EDI: WFFC.COM May 01 2020 02:43:00      Wellsfargo,    800 Walnut St,    Des Moines, IA 50309-3605
                                                                                              TOTAL: 45

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517912269*       +Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd.,    5th Floor,
                   Coral Gables, FL 33146-1873
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2020                                          Signature:  /s/Joseph Speetjens 

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo  (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Marino  Luongo, Jr. bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Elizabeth L. Luongo bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com

```
District/off: 0312-3          User: admin                Page 3 of 3                  Date Rcvd: Apr 30, 2020
                              Form ID: 3180W             Total Noticed: 59


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    Select Portfolio Servicing, Inc.
               DMcDonough@flwlaw.com
              Joshua I. Goldman    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor    United Teletech Financial Federal Credit Union
               dupont@redbanklaw.com,    dana@redbanklaw.com
              Phillip Andrew Raymond    on behalf of Creditor    Select Portfolio Servicing, Inc.
               phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
                                                                                             TOTAL: 10
```